JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATHEW J. TROLLOPE, <br> Plaintiff, <br> v. <br> DEPARTMENT OF CHILD SUPPORT SERVICES, et al., <br> Defendants. | Case No. 2:18-cv-09220-JLS (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED as follows:

1. Plaintiff Matthew J. Trollope shall take nothing by this action;

2. The action is dismissed with prejudice as to defendants Ventura County, the Ventura County Department of Child Support Services (sued as "Department of Child Support Services" and "Ventura County Child Support Services"), Marcus Mitchell, Anne Michelle McKinley, James R. Allen, the Ventura County Superior Court, Justice Kenneth R. Yegan, Judge Gilbert A. Romero, Judge Tari L. Cody, Commissioner William Redmond, and Court Executive Officer Michael D. Planet;

3. The action is dismissed without prejudice as to defendant Sheila Gonzales.

Dated: August 16, 2019

_____
JOSEPHINE L. STATON
United States District Judge